IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DERRICK LAMONT WATKINS,
        Petitioner,
    v.                                   **Judgment in a Civil Case**
JOE HARRON,
        Respondent.             Case Number: 5:11-HC-2181-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 15, 2012, with service on:
Derrick Lamont Watkins 0515555, Scotland Correctional Center, P.O. Box 1808, Laurinburg, NC 28353 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 15, 2012                                      /s/ Julie A. Richards
                                                        Clerk

Raleigh, North Carolina